# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0011. CHRISTOPHER PRATER v. ROBERT MCBURNEY, JUDGE.**

Upon consideration of appellant's petition for mandamus, same is hereby denied because it does not meet the requirements of Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  08/23/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*